**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7649

JOHNNIE NELL JONES, JR.,

Plaintiff - Appellant,

v.

KAREN BROWN, Chairwoman, Virginia Department of Corrections; HAROLD CLARKE, Director, Virginia Department of Corrections; DOE #1, Parole Board Member, in their individual capacity; DOE #2, Parole Board Member, in their individual capacity; DOE #3, Parole Board Member, in their individual capacity; DOE #4, Parole Board Member, in their individual capacity; DOE #5, Parole Board Member, in their individual capacity; DOE #6, Parole Board Member, in their individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:20-cv-00331-HEH-EWH)

Submitted:  August 2, 2022                    Decided:  September 13, 2022

Before QUATTLEBAUM and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnnie Nell Jones, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Nell Jones, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 action as barred by res judicata.  We have reviewed the record and find no reversible error.  Accordingly, we affirm. *See Jones v. Brown*, No. 3:20-cv-00331-HEH-EWH (E.D. Va. Nov. 10, 2021).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*